NUMBER 13-05-00017-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE TEXAS A&M UNIVERSITY SYSTEM

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Texas A&M University System, filed a petition for writ of mandamus
in the above cause on January 13, 2005. The Court requested a response from the
real party in interest, and such response was filed on January 18, 2005. 
         The Court, having examined and fully considered the petition for writ of
mandamus and response is of the opinion that relator has not shown itself entitled to
the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex.
R. App. P. 52.8(a). 

                                                                                          PER CURIAM


Memorandum Opinion delivered and filed
this 21st day of January, 2005.